# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.                                     Case No. 3:22-cv-1250-TJC-PDB

JOHN DOE, subscriber assigned IP Address 134.56.135.81, an individual,

    Defendant.

## **O R D E R**

Upon review of Plaintiff's Notice of Voluntary Dismissal (Doc. 10), filed on December 14, 2022, this case is dismissed without prejudice. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 16th day of December, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:

Counsel of record